IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT REYNOLDS,

    Plaintiff,

v.

Civil Action Number 3:07cv700

NORTHERN NECK REGIONAL JAIL
AUTHORITY, *et al.*,

    Defendants.

## **MEMORANDUM OPINION**

This matter is before the Court on the Court's Order of April 22, 2010 that (1) granted the defendants' motion for summary judgment, (2) dismissed plaintiff's claims against defendants NNRJ Authority, Clarke, Frazier, and Hull, and (3) directed plaintiff to show cause, within fourteen days of the date the April 22, 2010 Order, for failing to timely serve the John and Jane Doe defendants. More than fourteen days have passed, and plaintiff has failed to respond to the order to show cause. Accordingly, the claims against the John and Jane Doe defendants will be dismissed without prejudice, and the Clerk will be directed to terminate the John and Jane Doe Defendants and to close this matter.

Also pending is plaintiff's motion for extension of time to file notice of appeal. An extension of time is not necessary because plaintiff has thirty (30) days from the date of entry hereof within which to note an appeal, but to the extent it is necessary, plaintiff's motion for extension of time will be granted.

An appropriate Final Order shall issue.

| | |
|---|---|
| June 14, 2010 | /s/ |
| DATE | RICHARD L. WILLIAMS |
| | SENIOR UNITED STATES DISTRICT JUDGE |